MICHAEL F. ALLEN, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued January 19, 1944; decided March 2, 1944.

*Ignatius M. Wilkinson, Corporation Counsel (Paxton Blair and W. Bernard Richland* of counsel), for appellant.

*Alfred J. Talley* and *James A. McKaigney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.